**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEFFREY GREENE,**

        *Petitioner*,

 **v.**                                 **Case No.: 4:25cv466-MW/MAF**

**STATE OF FLORIDA,**

        *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Petitioner's objections, ECF No. 19.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 16, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. Respondent's motion to dismiss, ECF No. 13, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DISMISSED for lack of jurisdiction**." The Clerk shall close the file.

**SO ORDERED on May 26, 2026.**

                        **s/Mark E. Walker**_____
                        **United States District Judge**